SCWC-16-0000004

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL LIMJUCO ABELLA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000004; CR. NO. 14-1-1253)

AMENDED ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI[1]
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

        Petitioner/Defendant-Appellant Michael Limjuco Abella's application for writ of certiorari filed on May 9, 2019, is hereby accepted, and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

        DATED:  Honolulu, Hawaiʻi, June 17, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



---

    [1]    The Amended Order reflects the correct filing date of the Application for Writ of Certiorari.